# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUSAN RUSSO MARCHAND, ET AL.

VERSUS

TEXAS BRINE COMPANY, LLC, ET
AL.

NO.   2021 CW 1485

**MARCH 14, 2022**

---

In Re:   Texas  Brine  Company,  LLC,  applying  for  supervisory
writs,  23rd  Judicial  District  Court,  Parish  of
Assumption, No. 34270.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**GH**
**AHP**

**Guidry, J.,** concurs and would deny the writ, finding the
criteria set forth in **Herlitz Construction Co., Inc. v. Hotel
Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per
curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT